UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-62004-JB

PLUGINZ KEYCHAINS LLC,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal of Certain Defendants, ECF No. [49], in which it dismisses the instant action without prejudice as against Defendant Buy anything here, DOE No. 92, Defendant DayeHua Business, DOE No. 94, and Defendant Fabulous dream, DOE No. 95 (the "Dismissed Defendant").

Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE** as between Plaintiff and the Dismissed Defendants. The Clerk is directed to **TERMINATE** the Dismissed Defendants from this case.

**DONE AND ORDERED** in Miami, Florida, this 24th day of January, 2025.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE